UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN CUSANELLI,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA and WHDH-TV/<br>SUNBEAM MANAGEMENT<br>CORPORATION GROUP LONG<br>TERM DISABILITY PLAN,<br><br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12343-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

　　　　　　　　　John J. Aromando
　　　　　　　　　Pierce Atwood
　　　　　　　　　One Monument Square
　　　　　　　　　Portland, ME  04101
　　　　　　　　　(207) 791-1100

DATED: February 4, 2004

　　　　　　　　　_____
　　　　　　　　　John J. Aromando

　　　　　　　　　PIERCE ATWOOD
　　　　　　　　　One Monument Square
　　　　　　　　　Portland, ME  04101
　　　　　　　　　(207) 791-1100

　　　　　　　　　*Attorneys for Defendants*

{W0205488.1}