UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN CUSANELLI,<br><br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and WHDH-TV/ SUNBEAM MANAGEMENT CORPORATION GROUP LONG TERM DISABILITY PLAN,<br><br>Defendants | Civil Action No. 03-12343-RCL |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: February 4, 2004

_____
John J. Aromando (BBO# 545648)

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0205890.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents were served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street, Suite 410
>Boston, MA  02108

DATED:   February 4, 2004

*Geraldine G. Sanchez*
Geraldine G. Sanchez

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

{W0205488.1}