UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHLEEN CUSANELLI,                    )
                                       )
            Plaintiff                  )
                                       )
     v.                                )          Civil Action No. 03-12343-RCL
                                       )
UNUM LIFE INSURANCE COMPANY            )
OF AMERICA and WHDH-TV/                )
SUNBEAM MANAGEMENT                     )
CORPORATION GROUP LONG                 )
TERM DISABILITY PLAN,                  )
                                       )
            Defendants                 )

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)     Defendants seek to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)     I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendants in this case. I am a partner in the law firm of Pierce Atwood.

(3)     I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood.

(4)     Accompanying this Motion is a Certificates by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

{W0205488.1}

(5)    No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED:  February 4 , 2004

John J. Aromando, BBO # 545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendants*

{W0205488.1}