UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN CUSANELLI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA and WHDH-TV/ )<br>SUNBEAM MANAGEMENT )<br>CORPORATION GROUP LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants ) | Civil Action No. 03-12343-RCL |

## JOINT MOTION FOR ENLARGEMENT OF
## TIME TO RESPOND TO COMPLAINT

The parties respectfully move for an enlargement of the time within which Defendants must serve a responsive pleading to Plaintiff's Complaint up through and including March 30, 2004. The parties are continuing settlement discussions and the exchange of information, but do not anticipate they will be completed by March 10, 2004. Therefore, the parties request a further enlargement of time to March 30, 2004.

This enlargement of time should not interfere with the trial schedule of the matter.

WHEREFORE, the parties move for an enlargement of the time within which Defendants must serve their responsive pleading to Plaintiff's Complaint up through and including March 30, 2004.

{W0216948.1}

DATED: March 3, 2004

_____  _____
Mala M. Rafik, BBO #638075        John J. Aromando, BBO# 545648

ROSENFIELD & RAFIK                PIERCE ATWOOD
44 School Street                  One Monument Square
Boston, MA  02108                 Portland, ME  04101
(617) 723-7470                    (207) 791-1100

*Attorneys for Plaintiff*         *Attorneys for Defendants*

{W0216948.1}