UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12343

KATHLEEN CUSANELLI.,

Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY
AMERICA AND WHDH-TV/SUNBEAM
MANAGEMENT CORPORATION
GROUP LONG TERM DISABILITY
PLAN,

Defendants.

## JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE

The parties jointly request that the Court postpone the scheduling conference in the above-referenced matter to permit the parties to undergo mediation. In particular, the parties state that they have agreed to mediate this matter with Brad Honoroff of the Mediation Group. Unfortunately, Mr. Honoroff does not have mediation dates available until early June, 2004. In an attempt to avoid unnecessary litigation expenses, the parties respectfully request that the Scheduling Conference be postponed until late June, 2004. The parties agree to notify the Court immediately following the mediation as to whether further action by the Court is required, or whether the matter has settled.

WHEREFORE, the parties respectfully request that this Motion be granted.

Respectfully submitted,

Kathleen Cusanelli,

By her attorneys,

*[signature]*

S. Stephen Rosenfeld
BBO No. 428940
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

Date:   April 13, 2004

Unum Life Insurance Company of
America, Inc., WHDH-TV/Sunbeam
Management Corporation Group
Long Term Disability Plan,

By their attorney,

*[signature]*

Geraldine G. Sanchez
Admitted *Pro Hac Vice*
PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1332

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4/13/04.

*[signature]*

2