UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CIVIL ACTION No. 03-12343

KATHLEEN CUSANELLI,

Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY
AMERICA AND WHDH-TV/SUNBEAM
MANAGEMENT CORPORATION
GROUP LONG TERM DISABILITY
PLAN,

Defendants.

## PLAINTIFF KATHLEEN CUSANELLI'S
## LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Kathleen Cusanelli, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: May 17, 2004

Mala M. Rafik
BBO No. 638075
Rosenfeld & Associates, P.C.
44 School Street, Suite 715
Boston, MA 02108
(617) 723-7470