UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12343

KATHLEEN CUSANELLI,

Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY
AMERICA AND WHDH-TV/SUNBEAM
MANAGEMENT CORPORATION
GROUP LONG TERM DISABILITY
PLAN,

Defendants.

## JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE

The parties jointly request that the Court postpone the scheduling conference in the above-referenced matter to permit the parties to complete ongoing settlement discussions and to undergo mediation. In particular, the parties state that they have agreed to mediate this matter with Brad Honoroff of the Mediation Group. Unfortunately, while the mediation in this matter was originally scheduled for June 9, 2004, the mediation had to be postponed due to a scheduling conflict. The mediation is now rescheduled for July 28, 2004. In an attempt to avoid unnecessary litigation expenses, the parties respectfully request that the upcoming Scheduling Conference be postponed until early August 2004. The parties agree to notify the Court immediately following the mediation as to whether further action by the Court is required, or whether the matter has settled.

WHEREFORE, the parties respectfully request that this Motion be granted.

Respectfully submitted,

| | |
|---|---|
| Kathleen Cusanelli, | Unum Life Insurance Company of America, Inc., WHDH-TV/Sunbeam Management Corporation Group Long Term Disability Plan, |
| By her attorneys, | By their attorney, |
| *[signature]* | *[signature]* |
| S. Stephen Rosenfeld<br>BBO No. 428940<br>Mala M. Rafik<br>BBO No. 638075<br>ROSENFELD & RAFIK, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108<br>(617) 723-7470 | Geraldine G. Sanchez<br>Admitted *Pro Hac Vice*<br>PIERCE ATWOOD<br>One Monument Square<br>Portland, ME 04101<br>(207) 791-1332 |

Date:   June 23, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6·23·04 .

*[signature]*