UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN CUSANELLI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA and WHDH-TV/ )<br>SUNBEAM MANAGEMENT )<br>CORPORATION GROUP LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants ) | Civil Action No. 03-12343-RCL |

### STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Kathleen Cusanelli, and the Defendants, Unum Life Insurance Company of America and WHDH-TV/Sunbeam Management Corporation Group Long Term Disability Plan, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

KATHLEEN CUSANELLI,
By Her Attorney,

_____
Mala M. Rafik
Rosenfeld & Rafik
44 School Street
Boston, MA 02108

UNUM LIFE INSURANCE
COMPANY OF AMERICA
and WHDH-TV/SUNBEAM
MANAGEMENT CORPORATION
GROUP LONG TERM
DISABILITY PLAN,
By Their Attorney,

_____
Geraldine G. Sanchez
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

{W0266029.1}