UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12343

DEIRDRE GAWNE,

      Plaintiff,

v.

UNUM PROVIDENT CORPORATION,
PAUL REVERE LIFE INSURANCE COMPANY,
AND PINE MANOR COLLEGE LONG TERM
DISABILITY PLAN,

      Defendants.

## PLAINTIFF DEIDRE GAWNE'S LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Deirdre Gawne, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: August 17, 2004

Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

*[signature]*
Deirdre Gawne
Framingham, Massachusetts